**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Okang Kareen ROCHELLE,**
**Defendant-Appellant.**

**No. 16-7766**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 20, 2017

Decided: April 25, 2017

Okang Kareen Rochelle, Appellant Pro Se. Angela Hewlett Miller, Anand P. Ramaswamy, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Okang Kareen Rochelle appeals the district court's orders denying his motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2012), and denying his motion to alter or amend the judgment. We have reviewed the record and conclude that the district court did not err in denying Rochelle's § 3582(c)(2) motion. Accordingly, we affirm the denial of § 3582(c)(2) relief for the reasons stated by the district court. *United States v. Rochelle*, No. 1:05-cr-00112-WO-1 (M.D.N.C. Oct. 27, 2016). Because the district court lacked jurisdiction to consider Rochelle's motion to alter or amend the judgment, we affirm the denial of that order. *See United States v. Goodwyn*, 596 F.3d 233, 234 (4th Cir. 2010) (holding that district court lacks authority to grant motion to reconsider ruling on § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*